MEMORANDUM OPINION




Nos. 04-04-00237-CV
, 04-04-00238-CV, & 04-04-00239-CV



IN THE MATTER OF M. I.





From the 289th Judicial District Court, Bexar County, Texas


Trial Court Nos. 2003-JUV-02116, 2003-JUV-02117, & 2003-JUV-02118


Honorable Laura Parker, Judge Presiding



PER CURIAM


Sitting: Paul W. Green, Justice

 Sarah B. Duncan, Justice

 Karen Angelini, Justice


Delivered and Filed: December 8, 2004 


MOTION TO DISMISS GRANTED; APPEAL DISMISSED


 On October 27, 2004, we ordered appellant to show cause why no brief had been
filed. In response, appellant and his parent filed a motion to dismiss this appeal. The motion
is granted. The appeal is dismissed. See Tex. R. App. P. 42.2(a). Our mandate may be
issued early upon proper motion. Tex. R. App. P. 18.1(c).


 PER CURIAM